COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

| | | |
|---|---|---|
| Ali Tabrizi and Dona Tabrizi, | § | No. 08-16-00209-CV |
| Appellants, | § | Appeal from the |
| v. | § | 53rd District Court |
| City Of Austin; Greg Guernsey, in his Official Capacity as Director of Planning and Zoning Department; J. Rodney Gonzales, in his Official Capacity as Acting Director of the Development Services Department; and Charles Lesniak, in his official Capacity as Environmental Officer for the City of Austin, | § § § § | of Travis County, Texas (TC# D-1-GN-15-002968) |
| Appellees. | § | |

## O R D E R

Pending before the Court is Appellants' second unopposed motion to extend the deadline for filing a motion to reinstate the appeal. The motion is GRANTED. Appellants are directed to file a motion to reinstate the appeal on or before February 23, 2017.

IT IS SO ORDERED this 25th day of January, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.